# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 26-1204** **September Term, 2026**

**FLRA-0-NG-3732**

**Filed On: October 19, 2026** **[2198956]**

National Treasury Employees Union,

Petitioner

v.

Federal Labor Relations Authority,

Respondent

------------------------------

Federal Trade Commission,
Intervenor

## O R D E R

Upon consideration of respondent's consent motion to modify the briefing schedule, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appendix | December 18, 2026 |
| Petitioner's Brief | December 18, 2026 |
| Respondent's Brief | January 22, 2027 |
| Intervenor for Respondent's Brief | February 12, 2027 |
| Petitioner's Reply Brief | March 12, 2027 |

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Michael C. McGrail
Deputy Clerk